UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE FOODS, INC., *et al.*, | No. C-04-3646 MMC (EMC) |
| Plaintiffs, | |
| v. | **ORDER RE FURTHER SETTLEMENT CONFERENCE** |
| R.J. VAN DRUNEN & SONS, INC., | |
| Defendant. | |

A further settlement conference will be held on **July 8, 2005 at 1:00 p.m.** No later than July 1, 2005, the parties will exchange and lodge with the Court a further settlement conference statement addressing the following: (1) financial analysis of the proposed buyout of Mr. Hirschberg (including assumptions regarding projected sales, royalties, and discount rate for present value analysis), (2) briefing on the meaning of "infused products" as that term is used in the 2000 Asset Purchase Agreement (including citations and quotations of third party sources such as an opinion from the USDA, industry councils, etc.). Defendant shall be prepared to discuss in detail the process by which the banana product in question is prepared and processed. Both parties shall have present in attendance representatives with full authority to settle this case.

IT IS SO ORDERED.

Dated: June 15, 2005

EDWARD M. CHEN
United States Magistrate Judge