PAUL, HASTINGS, JANOFSKY & WALKER LLP
MARK E. McKEEN (State Bar No. 130950)
BRADEN O. WILHELM (State Bar No. 220111)
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
R.J. Van Drunen & Sons, Inc.

LAW OFFICES OF FRANCIS O. SCARPULLA
FRANCIS O. SCARPULLA (State Bar No. 41059)
44 Montgomery Street, Suite 3400
San Francisco, CA 94104-4807
Telephone: (415) 788-7210
Facsimile: (415) 788-0707

**E-Filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVATIVE FOODS, INC. and EDWARD HIRSCHBERG, <br><br> Plaintiffs, <br><br> vs. <br><br> R.J. VAN DRUNEN & SONS, INC. dba VAN DRUNEN FARMS, <br><br> Defendant. | CASE NO. C-04-03646- MMC <br><br> **JOINT STIPULATION OF DISMISSAL** |

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2   designated counsel that the above-captioned action (including all claims) be and hereby is
3   dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: August___, 2005          PAUL, HASTINGS, JANOFSKY & WALKER LLP


                                By:_____
                                        Mark E. McKeen

                                Attorneys for Defendant
                                R. J. Van Drunen & Sons, Inc

DATED: August 5, 2005           LAW OFFICES OF FRANCIS O. SCARPULLA


                                By:_____
                                        Francis O. Scarpulla

                                Attorneys for Plaintiffs
                                Innovative Foods, Inc. and Edward Hirschberg

SF/373679.1

-1-

JOINT STIPULATION OF DISMISSAL

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action (including all claims) be and hereby is
3  dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: August 5, 2005    PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/ Mark E. McKeen_____
Mark E. McKeen

Attorneys for Defendant
R. J. Van Drunen & Sons, Inc

DATED: August___, 2005    LAW OFFICES OF FRANCIS O. SCARPULLA

By:_____
Francis O. Scarpulla

Attorneys for Plaintiffs
Innovative Foods, Inc. and Edward Hirschberg

SF/373679.1

IT IS SO ORDERED

_____/s/ Maxine M. Chesney_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE
DATE AUG 17 2005

-1-
JOINT STIPULATION OF DISMISSAL